UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANA CONLEY,<br><br>             Plaintiff,<br><br>      v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>             Defendant. | Case No.: 1:13-cv-02051- JLT<br><br>ORDER SETTING BRIEFING SCHEDULE ON COUNSEL'S MOTION TO WITHDRAW |

On July 11, 2014, attorney Lawrence Rohlfing filed a motion to withdraw as attorney of record for Plaintiff Lana Conley ("Plaintiff"). (Doc. 13.) The matter is not set for hearing, and as such it is necessary for the Court to set briefing deadlines regarding the motion. Accordingly, the Court **ORDERS**:

1. Plaintiff and Defendant **SHALL** respond to the motion **no later than October 8, 2014**, either by filing an opposition or notice of non-opposition; and

2. The Clerk of Court is DIRECTED to serve a copy of this Order upon Plaintiff at the following address:

   Lana Conley
   3093 S. Orchid Ave.
   Sanger, CA 93657

///

1

3. **Plaintiff is cautioned that the failure to respond to the motion may result in the motion being granted as unopposed.**

IT IS SO ORDERED.

Dated:   **September 17, 2014**                      /s/ Jennifer L. Thurston
                                                      UNITED STATES MAGISTRATE JUDGE